CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS **FILED**
TO FINANCIAL RECORDS
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
(Benton)

**JAN 0 7 2015**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| BARBARA WINGO ) | |
| ) Misc. No. _15-MC-1-JPG_ | |
| Movant, ) | |
| ) | |
| ) MOTION FOR ORDER PURSUANT TO | |
| ) CUSTOMER CHALLENGE PROVISIONS | |
| ) OF THE RIGHT TO FINANCIAL | |
| ) PRIVACY ACT OF 1978 | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

Now comes the Movant, Barbara Wingo, by her attorney, Terry M. Green, and for her Motion For Order Pursuant To Customer Challenge Provision Of The Right To Financial Privacy Act of 1978 pursuant to the aforesaid act, particularly 12 USC 3410, to prevent the Government from obtaining access to her personal records, states:

1. The agency seeking the Movant's financial records is the Office of the Inspector General, U.S. Department of Justice.

2. Said agency mailed to Movant copies of 5 Subpoena Duces Tecum numbered 2350 through 2354 inclusive (copies of which are attached hereto and made a part hereof) directed to different financial institutions being: Subpoena 2350 Elan Financial Services; Subpoena 2351 J.P. Morgan Chase Bank; Subpoena 2352 Paducah Bank; Subpoena 2353 Banterra Bank and Subpoena 2354 Citibank Citi Card.

3. The Movant objects to certain records described in the said Subpoenas as more fully appears on the Movant's sworn statement attached hereto and made a part hereof.

4. The Subpoenas ask for basically records related to the Anna Bixby Women's Center and its Foundation. Movant does not object to those records being made available, but Movant does however object to the attempt of the Government to obtain the personal records of Movant or her businesses, as is more fully described in the said Affidavit.

Wherefore, Defendant prays:

1. That the Court enter an order denying the described Subpoenas or limiting the same to records actually in the name of the Anna Bixby Center or Foundation.

2. For such other and further relief as is equitable and just.

/s/ Terry M. Green
**TERRY M. GREEN**

**TERRY M. GREEN**
ATTORNEY AT LAW
IL  BAR  # 03127163
1209  EAST MAIN ST, STE A
W FRANKFORT, IL  62896
Telephone: 618/937-3305
Telefax:  618/937-3294
E-mail: terrymgreenattorney@mchsi.com

CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS
TO FINANCIAL RECORDS
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
(Benton)

| | |
|---|---|
| BARBARA WINGO | ) |
| | ) Misc. No. _____ |
| Movant, | ) |
| | ) |
| | ) MOTION FOR ORDER PURSUANT TO |
| | ) CUSTOMER CHALLENGE PROVISIONS |
| | ) OF THE RIGHT TO FINANCIAL |
| | ) PRIVACY ACT OF 1978 |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Respondent. | ) |

CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to

_____

_____

On _____, 2015.

_____

/s/ Terry M. Green
**TERRY M. GREEN**

Section 1110 of the Right to Financial Privacy
Act of 1978, 12 U.S.C. Section 3410.

**TERRY M. GREEN**
ATTORNEY AT LAW
IL  BAR  # 03127163
1209  EAST MAIN ST, STE A
W FRANKFORT, IL  62896
Telephone: 618/937-3305
Telefax:  618/937-3294
E-mail:  terrymgreenattorney@mchsi.com